PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: John Carpenter, III                                      Cr.: 20-00385-001
                                                                                                PACTS #: 6606603

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/16/2020

Original Offense:   Conspiracy to Commit Access Device Fraud, 18 U.S.C. § 1029(b)(2)

Original Sentence: 2 years' probation

Special Conditions: Financial Disclosure, New Debt Restrictions, and $19,810.58 in Restitution.

Type of Supervision: Probation                              Date Supervision Commenced: 09/16/2020

### INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Aruba from February 10 to February 13, 2022 for his birthday. Carpenter will be traveling with his friend and staying in an Airbnb.

U.S. Probation Officer Action:

Our office recommends travel request be approved. Carpenter reports as instructed, submits monthly supervision reports, and urinalysis submitted yielded negative results. Carpenter has maintained stable residence and is self-employed with Rico Hundo LLC, and Goose Country LLC, his registered entertainment business and clothing store.  Carpenter III has paid $1,600 towards his restitution obligation thus far. As such, he is in full compliance with the conditions of supervised release.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
      Supervising U.S. Probation Officer

/ kam

PREPARED BY:

*Kelly A. Maciel*                      02/07/2022
KELLY A. MACIEL                        Date
U.S. Probation Technician

Prob 12A – page 2
John Carpenter, III

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☐ Travel Approved

☐ Travel Denied

☒ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

s/Katharine S. Hayden
_____
Signature of Judicial Officer

2/7/2022
_____
Date