PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: John Carpenter, III                Cr.: 20-00385-001
                                                                         PACTS #: 6606603

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/16/2020

Original Offense:   Conspiracy to Commit Access Device Fraud, 18 U.S.C. § 1029(b)(2)

Original Sentence: 2 years probation

Special Conditions: $100 - Special Assessment, $19,810.58 - Restitution, Financial Disclosure, and New Debt Restrictions

Type of Supervision: Probation                          Date Supervision Commenced: 09/16/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failure to satisfy financial obligations |

**U.S. Probation Officer Action:**

Throughout his term of supervised release, Carpenter III has paid $1,800 towards his restitution. Furthermore, he submitted a copy of a receipt for a payment made this month of $200. The individual under supervision's term of supervision is due to expire on September 15, 2022, with an outstanding restitution balance of $18,010.58. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
John Carpenter, III

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

/ bgm

PREPARED BY:

*Brendan G. Murillo*         08/29/2022
BRENDAN G. MURILLO            Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Allow Supervision to Expire as Scheduled on September 15, 2022 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

September 1, 2022
_____
Date